THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIO BATES, SR.,

    Petitioner,

v.

COMMONWEALTH OF PENNSYLVANIA,

    Respondent.

: CIVIL ACTION NO. 4:20-CV-1597
: (JUDGE MARIANI)
: (Magistrate Judge Saporito)

## ORDER

AND NOW, THIS __1st__ DAY OF DECEMBER 2020, upon review of Magistrate Judge Joseph F. Saporito's Report and Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein;

2. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. There is no basis for the issuance of a Certificate of Appealability;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge

---

[1] In correspondence directed to Magistrate Judge Saporito docketed on October 16, 2020, Petitioner expresses appreciation for the Court's consideration of his pending § 2241 Petition and appears to assert that he experienced difficulties with a Motion for Compassionate Release he attempted to file in Dauphin County in May 2020 due to ineffectiveness of his State court attorney. (Doc. 9 at 1.) The issues raised in the correspondence cannot be construed as objections to the R&R and do not relate to the disposition recommended in the R&R. (*See id.*)